# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 635 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JUSTIN AHMAD CLARK, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.

   Justices Eakin and Wecht did not participate in the decision of this matter.